No. 714. MACCLENNY TURPENTINE CO. ET AL. *v.* BALDWIN DRAINAGE DISTRICT ET AL. January 15, 1945. Peti-

tion for writ of certiorari to the Supreme Court of Florida denied. *Mr. Thos. B. Adams* for petitioners. *Messrs. Giles J. Patterson* and *John W. Harrell* for respondents.